IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED
MAY 29 2018
David J. Bradley, Clerk of Court

No. 18-20117

MATTHEW JAMES LEACHMAN,

    Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent - Appellee

Certified as a true copy and issued
as the mandate on May 29, 2018

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Southern District of Texas

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of May 29, 2018, pursuant to appellant's motion.

                          LYLE W. CAYCE
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

                          By: _____
                          Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 29, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 18-20117    Matthew Leachman v. Lorie Davis, Director  
                              USDC No. 4:11-CV-212

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Dawn M. Shulin, Deputy Clerk  
                              504-310-7658

cc w/encl:  
    Ms. Melissa L. Hargis  
    Mr. Matthew James Leachman  
    Ms. Rachel Leigh Patton